UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DEKALB COUNTY PENSION FUND, *individually and on behalf of all others similarly situated*,

                     Plaintiff,

-v-

ROBLOX CORPORATION, et al.,

                     Defendants.
-------------------------------------------------------------------X

23-cv-10347 (AS)

ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS

ARUN SUBRAMANIAN, United States District Judge:

    On November 27, 2023, Plaintiff filed a putative class action on behalf of all persons or entities that purchased or otherwise acquired Roblox Class A common stock between March 10, 2021 and February 15, 2022, inclusive. Docket No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

    Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

    It is hereby ORDERED that **no later than December 20, 2023,** Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

    SO ORDERED.

Dated: November 28, 2023
New York, New York

                                                       ARUN SUBRAMANIAN
                                                       United States District Judge